UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELIQUE OCTAVIA PRATT,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Civil No. 2:25-cv-02635-CSK<br><br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 43 U.S.C. § 405(g);  ORDER |

　　　IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

　　　On remand, the Commissioner will take further action to develop the administrative record, as necessary, and issue a new decision.

　　　The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

　　　DATED this 23rd day of March, 2026

　　　　　　　　　　　　Respectfully submitted,

1

Dated: March 23, 2026             PIERRE PIERRE LAW, P.C.

                                  By:/s/ Nikhil Shreeham Agharkar*
                                     NIKHIL SHREEHAM AGHARKAR
                                     Attorneys for Plaintiff
                                     [*As authorized by e-mail on March 23, 2026]


Dated: March 23, 2026             ERIC GRANT
                                  United States Attorney
                                  MATHEW W. PILE
                                  Head of Program Litigation 1
                                  Law & Policy, Program Litigation 1

                           By:    /s/ Roseanne Gillette
                                  ROSEANNE GILLETTE
                                  Special Assistant United States Attorney
                                  Attorneys for Defendant


## **ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Dated:  March 25, 2026


_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

2