Nikhil Shreeham Agharkar
State Bar # 247757
Email: fedcourt@pierrepierrelaw.com
Pierre Pierre Law, P.C.
180 Promenade Circle North
Suite 300 - #1147
Sacramento, California 95834
Telephone: (646) 992-8383
Facsimile: (718) 504-6962

Attorneys for Plaintiff:
Angelique Octavia Pratt

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Angelique Octavia Pratt,<br><br>Plaintiff,<br><br>vs.<br><br>Commissioner of Social Security,<br><br>Defendant. | Case No.: 2:25-cv-02635-CSK<br><br>**STIPULATION AND MODIFIED [~~PROPOSED~~] ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920** |

IT IS HEREBY STIPULATED by the parties, through their undersigned

attorneys, and with the approval of the Court as provided below, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of $11,300.00. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920, 2412(d).

Plaintiff was the prevailing party in this matter and Plaintiff is an individual whose net worth does not exceed $2,000,000 at the time the civil action was filed. The position of the Commissioner was not substantially justified and an award of fees is not unjust.

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney, Eddy Pierre Pierre, Esq.

Under *Astrue v. Ratliff*, 130 S. Ct. 2521, 2528-29 (2010), EAJA fees awarded by this Court belong to the Plaintiff and are subject to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)). Any EAJA fees should therefore be awarded to Plaintiff and not to Plaintiff' s attorney. Fees can be made payable by check or electronic funds transfer (EFT).

If, after receiving the Court' s EAJA fee order, the Commissioner (1) determines that Plaintiff has assigned her right to EAJA fees to his attorney; (2) determines that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, the EAJA fees will be made payable to Plaintiff's attorney, Eddy Pierre Pierre, Esq., pursuant to Assignment. However, if there is a debt owed under the Treasury Offset Program, the remaining EAJA fees after offset will be paid by a check or EFT made out to Plaintiff, but delivered to Plaintiff' s attorney, Eddy Pierre Pierre, Esq., pursuant to the assignment executed by Plaintiff.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees in connection with this action.

The parties further agree that the EAJA award is without prejudice to the right of Plaintiff's attorney to seek attorney fees pursuant to Social Security Act § 206(b),

42 U.S.C. § 406(b), subject to the offset provisions of the EAJA. See 28 U.S.C. § 2412(c)(1) (2006).

Dated: July 17, 2026

Respectfully Submitted,

Pierre Pierre Law, P.C.

**all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.*

By: /s/ Nikhil Shreeham Agharkar
Attorney for Plaintiff

ERIC GRANT
United States Attorney

By: /s/Roseanne C. Gillette Lazzarotto*
Roseanne C. Gillette Lazzarotto
Special Assistant U.S. Attorney
Attorneys for Defendant

# ORDER

Pursuant to the Stipulation, IT IS SO ORDERED.

Dated: September 3, 2026

Chi Soo Kim
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

7, prat.2635.25.stip.eaja